# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00664-CV

---

**In re José P. Garza, District Attorney, Travis County, Texas**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator, the State, through José P. Garza, District Attorney of Travis County, Texas (the State), sought mandamus relief from this Court after the trial court granted Real Party in Interest Terrance Bryant's motion to compel the complaining witness in a felony sexual-assault prosecution to disclose the name of her therapist to the State. The State moved for an emergency stay of the underlying proceedings, which this Court granted.

After the State amended its mandamus petition, Bryant responded by moving for the trial court to withdraw the challenged order. The trial court granted Bryant's motion and ordered that its prior order "compelling the complainant to provide the name of her therapist, as previously requested by the defense, is hereby withdrawn." The trial court's withdrawal of the underlying order renders this controversy moot and deprives this Court of subject-matter jurisdiction. *See Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012) ("[A] court cannot decide a case that has become moot during the pendency of the litigation.").

Bryant moved to dismiss the State's petition for writ of mandamus as moot, and the State is unopposed to dismissal. Therefore, we lift the stay of the underlying proceedings, grant Bryant's motion to dismiss, and dismiss the petition for writ of mandamus as moot.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: September 19, 2025